## STATEMENT OF FACTS

On April 9, 2015, Customs and Border Protection (CBP) officers assigned to the DHL international facility in Cincinnati, Ohio inspected a package that was found to contain a substance that field tested positive for the presence gamma-Butyrolactone (commonly known as GBL) weighing approximately 1.1 kilograms. GBL is a Schedule I controlled substance. The package was bound for the residence located at 5714 Colorado Avenue, NW, Washington, D.C. The intended recipient listed on the package was "Longevity Concepts LNC, Fred Pagan" and was shipped from a business in China.

On April 23, 2015, at approximately 6:00 a.m., agents from Homeland Security Investigations and detectives from the Metropolitan Police Department executed a search warrant on 5714 Colorado Avenue, NW, Washington, D.C. The resident and sole occupant, Fred Wesley Pagan, was read his Constitutional rights per Miranda and agreed to make a statement. During the interview, Pagan stated that he had ordered the GBL from a business in China and knew that the substance was illegal. Pagan further stated he had received three prior shipments of GBL. During the search of the residence, approximately 181.5 grams (gross weight) of a substance that field tested positive for methamphetamine was found in plastic bags. The weight of the methamphetamine is consistent with distribution. Pagan stated he had received the methamphetamine from California for his distributor, for whom he had received packages for in the past. Pagan stated that his distributor did this to avoid detection Pagan stated that he intended to distribute both the GBL and methamphetamine in exchange for sexual favors.

_____
SPECIAL AGENT MARK WAUGH
DEPARTMENT OF HOMELAND SECURITY

SWORN AND SUBSCRIBED BEFORE ME ON THE _____ DAY OF APRIL, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
FOR THE DISTRICT OF COLUMBIA